# United States Court of Appeals for the Fifth Circuit

———————

No. 24-10999
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

July 25, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Christopher Reinhard Brown,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-126-1

———————————————————————

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Christopher Reinhard Brown has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Brown has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10999

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.